AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: 07-100-3 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rafael Fernandez-Roque

I certify that I am admitted to practice in this court.

8/2/07
Date

Signature

Andrew Berg 4754
Print Name Bar Number

128 Dorrance, Suite 400
Address

Providence RI 02903
City State Zip Code

274-0113 274-0175
Phone Number Fax Number