UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

# UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS AND CONTINUANCE OF TRIAL DATE

Now comes the Defendant, Rafael Fernandez-Roque, and respectfully requests this Court grant an enlargement of time to file motions in the above-entitled case, and grant a continuance of the trial of this matter. In support of this Motion, the defendant avers the following.

1. Discovery in this matter included a large number of wiretap recordings that consumed a great deal of undersigned counsel's time to review.

2. Due to apparent safety consideration of confidential informants, the government has preferred undersigned counsel meet with investigating agents to review documentary evidence, rather than providing copies to the defendant. Undersigned counsel did not meet with the agents until September 6, 2007. It was not until this time that undersigned counsel was able to gain a working understanding of the alleged facts against defendant.

3. Defendant only speaks Spanish. Accordingly, counsel must coordinate meetings with the Court Interpreter's Office. This fact, plus the delay in obtaining needed discovery, resulted in counsel not being able to meet with defendant until the date of this filing.

4. As a result of the aforementioned conference with the defendant, it became apparent that there is further necessary discovery.

5. Undersigned counsel will is court excused this week, and will be out of the office for three days. Accordingly, counsel has limited time to prepare motions by the current deadline, and conduct further discovery.

6. Undersigned counsel has discussed the need to continue the case with defendant, and explained the ramifications of such a delay on defendant's speedy trial rights. Defendant understands that any continuance will be considered excludable time,

and he will remain incarcerated for any such term. Defendant agrees that it is in his best interest to continue this matter.

7. Defendant has not requested any other continuances in this case.

8. After consultation, the government does not object to this Motion.

WHEREFORE, defendant respectfully requests that the period for filing motions be enlarged for thirty days, and the trial of this matter be continued for thirty days.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE

By his attorney

/S/ Andrew Berg

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 10th day of September, 2007, that I caused a true copy of this Motion to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
ANDREW BERG