UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

**STIPULATION OF ENLARGEMENT OF TIME TO PRETRIAL MEMORANDUM**

By agreement of the parties, and the consent of the Court, the parties will have up to and including January 2, 2008 to file their Pretrial Memorandum in the above-entitled case.

AS AGREED:

UNITED STATES OF AMERICA
By its attorneys,

/s/ AUSA Mary Rogers
AUSA MARY ROGERS
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
(401) 709-5000

RAFAEL FERNANDEZ-ROQUE
By his attorney,

/s/ Andrew Berg
ANDREW BERG
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113

**CERTIFICATION OF SERVICE**

I hereby certify that on this 19h day of December, 2007, that I caused a true copy of this Stipulation to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg