UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

**MOTION TO SUPPRESS STATEMENTS BY THE DEFENDANT**

Now comes the Defendant, Rafael Fernandez-Roque, and respectfully requests this Court suppress any alleged statements made by the Defendant following his arrest on May 30, 2007 as such statements were the result of government action in violation of the Fourth and Sixth Amendment of the United States Constitution. The grounds for this Motion are set out in the accompanying Memorandum.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 18th day of December, 2007, that I caused a true copy of this Motion to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
**ANDREW BERG**