U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code HIDTA 100 | 2. Cross File / Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
| 5. By: TFA Michael Naylor At: Providence RO | ☒ [redacted] ☒ [redacted] ☒ [redacted] ☐ ☐ | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 05/31/2007 | |

9. Other Officers: G/S MacIsaac, RAC Kleczkowski, SA Cardello, SA Toracinta, TFO's Smith, Enright, Colanduono, Francesconi, C. Mulcahey, NEFD Group 3 and MASS State Police

10. Report Re: Seizure of 29 kilos of cocaine on 5-30-2007, Arrest of Juan Carlos Delgadillo and Rafael HERNANDEZ and Idelfonso BETANCOURT

## SYNOPSIS

On 5-30-07 pursuant to information received from a Court Authorized Title III signed on May 24, 2007, by the Honorable Mary M. Lisi, United States District Judge for the District of Rhode Island, members of the Providence Resident Office, members of the Boston Field Division and members of the Massachusetts State Police were able to seize 29 kilograms of cocaine and arrest the target of the investigation, **Juan Carlos Diaz-Delgadillo AKA "Burras" AKA Omar ALTAMIRANO** as well as **Idelfonso Betancourt-Rodriguez** AKA "Chacho" and **Rafael Hernandez-Roque AKA Rafael Fernandez-Roque.**

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 6 of 10 | | |
| 5. Program Code HIDTA 100 | 6. Date Prepared 05/31/2007 | |

25. At 0321 hrs TT#2 made an outgoing call to the transporter (909-904-9396, session 801) to ask if everything is okay. The transporter stated "it's all done".

26. Agents then informed Trooper Aaron Kane #3130 to assist with this investigation. Trooper Kane approached the moving Jeep and observed it for a short distance. Trooper Kane conducted a motor vehicle stop of the Jeep and identified the operator verbally as BETANCOURT-RODRIGUEZ, ILDELFONSO. Trooper Kane identified the passenger verbally as Rafael HERNANDEZ-ROQUE Trooper Kane ascertained that neither of the occupants had a driver's license.

27. At this time S/A John Baron of the Boston FD arrived to assist and observed an unzipped and open black duffel bag sitting on top of the rear seat. Agents observed several black brick like objects which were wrapped in clear plastic wrapping with duct tape contained in the black bag. These items were immediately recognized by officers as items being consistent with the manner by which cocaine is packaged into Kilogram packages, a common amount to be packaged and distributed. At this time agents seized the 29 kilograms. Both occupants were placed under arrest at the scene and were informed they would be charged with Trafficking in Cocaine and Conspiracy to Violate the Controlled Substance Act. The evidence was seized and secured by S/A John Baron and later turned over to Sgt. John Brooks at State Police Charlton. The Jeep was towed by CJ's Towing and the two occupants (BETANCOURT-RODRIGUEZ and HERNANDEZ-ROQUE) were both transported to State Police Charlton for booking.

28. TFA Naylor, S/A Tully and G/S Connolly along with Sergeant Brooks conducted a subsequent motor vehicle stop of the Honda van, which was just ahead of the Jeep on I-90 eastbound. Sergeant Brooks identified



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. Page 7 of 10 | [redacted] | |
| 5. Program Code HIDTA 100 | 6. Date Prepared 05/31/2007 | |

the operator of the Honda van with an Oregon driver's license as DELGADILLO, Juan, Carlos (05/23/1977 OR. OLN# 6750706). DELGADILLO was asked to step from the vehicle, based upon the facts and circumstances of this report. A pat frisk of his person revealed a room key from the Econo Lodge. DELGADILLO was placed under arrest and was informed he was being charged with Conspiracy to Violate the Controlled Substance Act. The Honda van was towed by CJ's Towing and DELGADILLO was transported to State Police Charlton for booking.

29. Inside the front seat of the Honda minivan S/A Tully and TFA Naylor located, two cellular telephones, black Cingular telephones which after inspection was determined to be target telephone #2 and target telephone #3. (N-18 and N-19)

30. Once at State Police Charlton, all three arrestees were fingerprinted, booked, re-advised of their Miranda rights in Spanish and given the opportunity to make a phone call.

31. During an inventory search of the Jeep, back at the barracks, agents located a black T-Mobile cellular telephone, 401-248-8931 (N-16) which belonged ILDELFONSO BETANCOURT-RODRIGUEZ AKA "Chacho". On Rafael HERNANDEZ-ROQUE agents located silver T-mobile 401-286-1775 (N-17). During the processing both Betancourt and Hernandez, stated that they were unsure of their addresses in Providence and that they both worked for "Juan Carlos at a garage". Betancourt-Rodriguez stated that the black T-mobile was his phone during the booking process.

32. The contents of the black duffel bag were inventoried and will be transported directly to the Massachusetts State Police Narcotics Inspection Unit (NIU) in Framingham for analysis.

33. Subsequent to the Jeep exiting the rest area on Route 91, MA State



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. Page 8 of 10 | 3. File Title [redacted] | |
| 5. Program Code HIDTA 100 | 6. Date Prepared 05/31/2007 | |

Trooper Tom Nartowicz and Trooper Frechette secured the rest area and prevented other vehicles from leaving. G/S MacIsaac, S/A Cardello and TFO Francesconi also responded to the rest area. At this time the occupants of a tractor trailer rig that the Jeep had parked in front of were interviewed. The trailer had Utah tag# 88948P and the truck had CA tag# UP53483. The occupants were identified as Adolfo Verdugo, owner/operator, and Esteban Arias-Cortez, driver. Both of these subjects spoke English. Neither subject admitted to being involved in any wrongdoing. Trooper Nartowicz and G/S MacIsaac obtained consent to search for the truck from Verdugo. A K-9 search was conducted by Nanuk but with no positive alerts.

34. As a result of a search of the truck cab agents seized four cell phones. During this time TFO Naylor, who was at another location called 909-904-9396, the number called by Delgadillo on TT# 2. At this time G/S MacIsaac observed a cell phone on the center console of the truck cab ringing.

35. Verdugo and Arias agreed to go with the agents to the Trooper Post in Northhampton. At the Post, Verdugo and Arias were photographed and fingerprinted. An ICE Agent determined that Verdugo is a naturalized citizen and Arias is a resident alien.

36. Adolfo Verdugo admitted two cellular telephones were his, one Cingular 909-904-9396 (N-20) and a Nextel 909-917-1393(N-21). Esteban Arias-Cortez admitted the other two were his, a Verizon 760-987-9611 (N-22) and a Nextel 760-524-5175 (N-23). These cellular telephones were seized by Trooper Nartowicz. Vedugo and Arias were given property receipts for them. Trooper Nartowicz subsequently turned the phones over to S/A Tully who later turned them over to TFA Naylor.

37. Verdugo and Arias were subsequently released.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
| | 3. File Title [redacted] | |
| 4. Page 9 of 10 | | |
| 5. Program Code<br>HIDTA 100 | 6. Date Prepared<br>05/31/2007 | |

38. On 5-31-2007 ICE agents in Boston identified Juan Carlos Diaz-Delgadillo AKA "Burras" as **Omar ALTAMIRANO**. ICE stated all three arrested parties arrested were Mexican citizens in the United States illegally. ICE agents stated that **Rafael Hernandez-Roque is actually Rafael Fernandez-Roque**. ROQUE told ICE Agents Ryan Arnold that his name is Rafael FERNANDEZ-ROQUE, and signed the print cards that way. He told the MSP that it was HERNANDEZ-ROQUE.

39. Based on the charges in Massachusetts DELGADILLO aka Omar ALTAMIRANO was held on $850,000 bond, and Rafael FERNANDEZ-ROQUE and Ildefonso BETANCOURT both on $750,000 bond.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code | 2. Cross File / Related Files<br>☒ [redacted]<br>☒ [redacted]<br>☒ [redacted]<br>☐<br>☐ | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
| 5. By: Mark G. Tully, SA<br>At: Group 3, Boston Division | | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared 05/31/07 | |
| 9. Other Officers: See Paragraph 27. | | | |

20. Agents enlisted the assistance of MSP Trooper Aaron Kane at 1930 to assist in the vehicle stop of the Jeep Cherokee. Trooper Kane approached the Jeep Cherokee and observed it for a short distance. Trooper Kane conducted a motor vehicle stop of the Jeep and identified the operator verbally as BETANCOURT-RODRIGUEZ, Ildefonso. Trooper Kane identified the passenger as FERNANDEZ-ROQUE, Rafael. Trooper Kane ascertained that neither of the occupants had a driver's license.

21. SA John Barron arrived to assist Trooper Kane. SA Barron observed an unzipped and open black duffel bag sitting on top of the rear seat. Agents observed several black brick like objects which were wrapped



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 6 of 10 | | |
| 5. Program Code | 6. Date Prepared 05/31/07 | |

in clear plastic wrapping with duct tape contained in the black bag. These items were immediately recognized by Agents as items being consistent with the manner by which cocaine is packaged in kilogram quantities. Both BETANCOURT-RODRIGUEZ AKA CHACHO and FERNANDEZ-ROQUE were placed under arrest at the scene and informed that they would be charged with Trafficking in Cocaine and Conspiracy to Violate the Controlled Substance Act. The cocaine, subsequently labeled Ex 1, was secured by SA Barron and transported to the State Police Charlton Barracks where SA Barron transferred custody of Ex. 1 to MSP SGT John Brooks. Ex. 1 consisted of 29 brick shaped packages. SA Tully field tested one of the brick shaped packages with a positive result for the presence of cocaine. During the processing of Rafael FERNANDEZ-ROQUE a silver Motorola cellular telephone (401-286-1775), subsequently labeled Ex. N-2, was seized from FERNANDEZ-ROQUE person and turned over to SA Tully.

22. Shortly after the stop of the Jeep Cherokee, SGT Brooks, SA Tully, TFA Naylor and GS Connolly conducted a motor vehicle stop of the Honda Odyssey Van eastbound on I-90. SGT Brooks identified the operator of the Van with an Oregon Driver's License as DELGADILLO, Juan Carlos, DOB: 5/23/1977, OR OLN# 6750706. DELGADILLO was asked to step from the vehicle. A pat frisk of DELGADILLO revealed a room key for the Econo Lodge. DELGADILLO told investigators that he was in the United States illegally. DELGADILLO was placed under arrest and was informed he was being charged with Trafficking in Cocaine and Conspiracy to Violate the Controlled Substance Act. DELGADILLO was transported to the State Police Charlton Barracks for processing. The Honda Odyssey Van was seized, subsequently labeled Ex. N-6, and towed to the State Police Charlton Barracks by CJ's Towing.

23. SA Tully and TFA Naylor located and seized two black Motorola cellular telephones (401-743-8801 and 617-671-8665), a Massachusetts vehicle registration and miscellaneous papers, subsequently labeled Ex. N-4, from inside Ex. N-6 (Van).

24. Agents conducted an inventory search of the Jeep Cherokee at the Massachusetts State Police Charlton Barracks. SA Tully seized a black and silver T-Mobile Nokia cellular telephone (401-248-8931),



DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title M[redacted] | |
| 4. Page 7 of 10 | | |
| 5. Program Code | 6. Date Prepared 05/31/07 | |

miscellaneous papers, Massachusetts Turnpike Toll ticket and the vehicle registration for the Jeep, subsequently labeled Ex. N-3.

25. GS Dan MacIsaac and MSP SGT Tom Nartowicz assisted Trooper Brian Frechette with the interview of Adolfo VERDUGA and Esteban A. CORTES in the Holyoke Rest Area along Route I-91. VERDUGA and CORTES consented to the search of Tractor, CA REG: UP53483, Trailer, UT REG: 88948P. SGT Nartowicz seized one Verizon LG cellular telephone (760-987-9611) and one Nextel cellular telephone (760-524-5175) from Esteban CORTES. SGT Nartowicz seized one Cingular cellular telephone (909-904-9396 and one Nextel cellular telephone (909-917-1393) from Adolfo VERDUGA. The four cellular telephones were subsequently labeled Ex. N-5. SGT Nartowics transferred custody of Ex. N-5 to SA Ryan Arnold who in turn transferred custody to SA Tully. VERDUGA and CORTES agreed to meet with investigators at the Massachusetts State Police Northampton Barracks to be interviewed and processed for identification purposes. VERDUGA and CORTES were photographed and fingerprinted for identification purposes and released.

26. ICE Agent, SA Ryan Arnold, interviewed DELGADILLO, BETANCOURT-RODRIGUEZ, FERNANDEZ-ROQUE, VERDUGA and CORTES. SA Arnold determined that DEGADILLO, positively identified as Omar ALTAMIRANO, BETANCOURT-RODRIGUEZ and FRENANDEZ-ROQUE were illegal aliens. SA Arnold established alien deportability and placed detainers for all three individuals. RE ICE Case: 2007SA001711301.

27. Other Officers: GS Connolly, RAC Kleckowski, GS MacIsaac, TFA McGinn, SA Barron, SA Shankweiler, SA Clifford, RAC Karas, GS Shuler, SGT Brooks, TPR Cashman, TPR Cerra, TPR Murphy, TPR Frechette, TPR Kane, SA Cardello, SA Toracinta, TFA Smith, TFA Enright, TFA Colanduono, TFA Francesconi, TFA C. Mulcahey and TFA Naylor