UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

# DEFENDANT'S PRE-TRIAL MEMORANDUM

## I. The Indictment and Facts

Mr. Fernandez-Roque is only charged under Count I of the above-entitled indictment, which alleges conspiracy to distribute and possess with intent to distribute in excess of five kilograms of cocaine, in violation of 21 U.S.C. §841(a)(1), (b)(1)(A) and 21 U.S.C. §846. Specifically, Mr. Fernandez-Roque is accused of conspiring to distribute twenty-nine kilograms of cocaine.

Mr. Fernandez-Roque expects that the evidence presented by the government at trial will largely mirror the evidence presented by the government at the suppression hearing in this case.

## II. Expected Legal and Evidentiary Issues

Mr. Fernandez-Roque will be relying on a defense of "mere presence." It is accepted, to the point of being axiomatic, that mere presence at the scene of a crime, association with persons involved in a criminal act, and/or merely knowing that a crime is being, or is about to be committed, is not sufficient to convict. Mr. Fernandez-Roque will be requesting a jury instruction to this effect.

Mr. Fernandez-Roque does not anticipate any significant legal or evidentiary issues at this time.

Mr. Fernandez-Roque has indicated to the government that he would likely stipulate to the toxicology report that concludes the substance in question is cocaine.

## III. Requested *Voir Dire* Inquiries

A list of Mr. Fernandez-Roque's requests for *voir dire* inquiries is attached to this Memorandum as *Exhibit A*.

## IV. Estimated Trial Length

If no other co-defendants are tried with Mr. Fernandez-Roque, undersigned counsel estimates the trial will take three to four days.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

## CERTIFICATION OF SERVICE

I hereby certify that on this 26th day of February 2008, that I caused a true copy of this Memorandum to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
ANDREW BERG