IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | Cr. No. 07-100S |
| | : | |
| | : | |
| RAFAEL FERNANDEZ-ROQUE | : | |

JOINT MOTION BY GOVERNMENT AND DEFENDANT
TO ENLARGE TIME TO FILE JURY INSTRUCTIONS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Mary Rogers, Assistant U.S. Attorney, and the Defendant, Rafael Fernandez-Roque, by and through his attorney, Andrew Berg, and hereby move for additional time to submit jury instructions in the above-captioned case, currently scheduled before this Court on April 3, 2008. The parties seek a continuance to April 28, 2008.

The parties believe that "the ends of justice served by [an enlargement of time in which to submit jury instructions] outweigh the best interest of the public and the defendant in a speedy

trial." See 18 U.S.C. § 3161(h)(8)(A). Additionally, the parties do not seek a continuance of the trial, and therefore, the Speedy Trial Clause is not implicated.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

/s/ ANDREW BERG
ANDREW BERG, ESQ.
128 Dorrance Street, Suite 400
Providence, RI 02903
Tel (401) 274-0113
Fax (401) 274-0175
Email: berg@sbllp.net

CERTIFICATION OF SERVICE

On this 14 th day of March, 2008, I caused the Joint Motion To Enlarge Time To File Jury Instructions to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Andrew Berg, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903