UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION TO SEVER TRIAL**

Defendant, Rafael Fernandez-Roque, has filed a Motion To Sever pursuant to Rules of Criminal Procedure 14(a), seeking to separate his trial from that of co-defendant Adolfo Verdugo. For the following reasons, the Defendant requests this Court grant this Motion.

Fernandez-Roque is scheduled to be tried with his co-defendant in this case, Adolfo Verdugo ("Verdugo"), on April 3, 2008. In recent weeks, Verdugo has absolutely refused to have any communication with his attorneys, Joseph Voccola and John Lusi. Consequently, this presents two equally unappealing prospects for the impending trial. First, Verdugo may elect to go *pro se* at trial. Alternatively, Verdugo may elect to proceed with Mr. Voccola and Mr. Lusi. However, if this alternative is elected, it seems likely that there will be a great deal of tension at the Defendants' trial table.

The Rules of Criminal Procedure provide as follows:

**Rule 14. Relief from Prejudicial Joinder**

> **(a) Relief.** If the joinder of offenses or defendants in an indictment, an information, or a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever defendants' trials, or provide any other relief that justice requires.

In the instant case, the potential for prejudice to Mr. Fernandez-Roque warrants severance of the trial. If Verdugo proceeds *pro se*, there is a strong likelihood that the trial will assume a circus-like atmosphere. There is also the great potential that Verdugo,

untrained in the rules of evidence, will expose improper material to the jury to Mr. Fernandez-Roque's detriment. If on the other hand, Verdugo goes forward, under protest with his counsel, the tension, which apparently permeates the relationship, may have the effect of poisoning the proceedings. In either case, Mr. Fernandez-Roque should not have his only opportunity in court compromised by the folly of his co-defendant. Accordingly, he respectfully requests this Court sever his trial from Verdugo, and proceed with his case as scheduled on April 3, 2008.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 31st day of March, 2008, that I caused a true copy of this Memorandum to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
ANDREW BERG