UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS OBJECTION TO GOVERNMENT'S PROPOSED RECORDING**

Defendant, Rafael Fernandez-Roque, has filed an objection to the Government's proffer of a recording allegedly involving the defendant at 3:18 a.m. on May 30, 2007. The grounds for this objection follow.

**Background**

On January 14, 2008, during the suppression hearing for this case, the Government provided Fernandez-Roque with a binder, which included twenty-four recordings that the Government indicated it intended to introduce at trial. Of these recordings, only four are alleged to include Fernandez-Roque. Among these was a transcript of a recording identified as "Call 330," which was allegedly placed at 3:18 a.m. on May 30, 2007. A copy of this transcript is included as Exhibit 1 (hereinafter referred to as "Original Call 330). In the Original Call 330, Fernandez-Roque is alleged to have called alleged co-conspirator "Juan Carlos" and stated, "I'm ready." This interpretation apparently was of the Spanish word "Listo."

Subsequently, Fernandez-Roque had the Original Call 330 reviewed by four court certified interpreters; Ana Cecelia-Rosado, along with three interpreters working in the federal courts in California. Several different interpretations of the phrase "Listo" were

provided to Fernandez-Roque, including "I'm ready." Accordingly, Fernandez-Roque did not challenge the interpretation included in the Original Call 330.

During the week of March 24, 2008, the Government contacted undersigned counsel and informed him that new transcripts of the recordings were compiled with some minor changes. The Government indicated the new transcripts would be sent out that week. On April 1, 2008, undersigned counsel received correspondence from the Government with copies of transcripts of the recordings it intended to introduce at trial.[1]

Among the transcripts was a revised version of Call 330. A copy of this transcript is included as Exhibit 2 (hereinafter referred to as "Revised Call 330). In the Revised Call 330, the Spanish word "Listo" is interpreted into English as "Ready Dude." In addition, what had previously been interpreted as Fernandez-Roque stating, "I'm ready" in the Original Call 330, was interpreted in the Revised Call 330 as "Ready."

**Argument**

For the following reasons, Fernandez-Roque objects to the substitution of the Original Call 330 with the Revised Call 330. First, this Court's Pretrial Scheduling Order specified that transcripts of recordings to be proffered by the Government be provided to Fernandez-Roque by March 20, 2008. Pretrial Scheduling Order at 4. However, the Government did not provide the Revised Call 330 until at least a week after this deadline. Accordingly, the Government's proffer of the new transcript is untimely.

Second, the timing of the Government's provision of the Revised Call 330 has not left undersigned counsel with sufficient time to verify which, if any, interpretation is

---

[1] The correspondence from the Government was dated Thursday March 27, 2008. However, undersigned counsel was not in his office on Friday, March 28th. Accordingly, it was not until the following Monday that undersigned counsel received the new transcripts of the recordings.

correct. With other trial preparations underway, undersigned counsel does not have time to "re-consult" with his out of state experts to verify the accuracy of the Revised Call 330.

Lastly, the "Ready Dude" phrase contained in the Revised Call 330 is not an interpretation provided by *any* of the court certified interpreters consulted by Fernandez-Roque. Accordingly, Fernandez-Roque the accuracy of this interpretation is questionable.

## Conclusion

For the foregoing reasons, Fernandez-Roque requests that the Government not be allowed to introduce the Revised Call 330 at trial. In the alternative, Fernandez-Roque suggests that he be allowed to introduce the Original Call 330 transcript at trial without foundational objections by the Government.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 4th day of April 2008, I caused a true copy of this Memorandum to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
**ANDREW BERG**