| | |
|---|---|
| CASE NO: | CH-05-0044 |
| TELEPHONE: | 401-743-8801 CINGULAR |
| CALL: | 330 |
| INCOMING: | 4012861775 |
| DATE: | MAY 30, 2007 |
| TIME: | 03:18:23 |
| DURATION: | 00:00:13 |
| LANGUAGE: | Spanish |
| PARTICIPANTS: | |
| | **Rafael Fernandez-ROQUE** |
| | **Juan Carlos DELGADILLO, a/k/a Juan Carlos DIAZ, a/k/a Burras, a/k/a Omar Nunez-ALTAMIRANO** |
| COMMENTS: | [U/I] - UNINTELLIGIBLE |
| | [P/H] - PHONETIC |
| SUMMARIZED BY: | McNeil Technologies Inc., mtimon58 |
| REVIEWED BY: | McNeil Technologies Inc., |

[BEGINNING OF CONVERSATION]

[TELEPHONE RINGS]

**Juan Carlos**: What's up?

**Roque**: Ready, Dude.

**Juan Carlos**: Huh?

**Roque**: Ready.

**Juan Carlos**: Go ahead. I'm driving very slow, pass me by.

**Roque**: Okay.

**Juan Carlos**: Okay, bye.

[END OF CONVERSATION]