United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR07-100-03&04S

Rafael Fernandez-Roque
and
Adolfo Verdugo

**EXHIBIT RECEIPT**

Government's Jury Trial Exhibit(s): 50,51,52,58,59,59A

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk