UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

**MEMORANUDM IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL**

Defendant, Rafael Fernandez-Roque has filed a Motion For New Trial pursuant to Rules of Criminal Procedure 33. For the following reasons, Fernandez-Roque respectfully requests this Court grant his Motion.

**Standard**

In deciding a motion for new trial, this Court must review all of the evidence, exercising independent judgment on the credibility of the witnesses and the weight of the evidence. *United States v Nishnianidze*, 342 F.3d 6 (1st Cir. 2003). The Court must consider the evidence in light of the charge to the jury and must form the Court's own opinion on the evidence, weighing the credibility of witnesses and determining, when the evidence conflicts, what evidence to accept and to reject. Finally, the Court must determine whether the evidence, although sufficient to support the verdict, preponderates sufficiently heavily against the verdict that a serious miscarriage of justice may have occurred. *See United States v Andrade*, 94 F.3d 9 (1st Cir. 1996); *United States v Thomas*, 894 F.Supp. 58 (NDNY 1995); *see also Victor v Nebraska*, 114 S.Ct. 1239 (1994); *In re Winship,* 397 US 358 (1970).

## Argument

Fernandez-Roque submits that applying the above-stated standard, the evidence does not support the jury's conclusion that Fernandez-Roque was an active participant in the charged conspiracy, but rather was merely present. In support of this assertion, Fernandez-Roque incorporates by reference arguments set forth in his closing argument to the jury.

## Conclusion

For the foregoing reason, Fernandez-Roque respectfully requests this Court grant his Rule 33 motion.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

## CERTIFICATION OF SERVICE

I hereby certify that on this 18th day of April, 2008, that I caused a true copy of this Memorandum to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
ANDREW BERG