UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 07-100-3 S

RAFAEL FERNANDEZ-ROQUE

**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the Defendant, Rafael Fernandez-Roque, pursuant to Federal Rules of Criminal Procedure 29, and respectfully requests this honorable Court enter a judgment of acquittal in his favor for the above-entitled case.

The grounds for this Motion are delineated in the accompanying Memorandum Of Law.

Respectfully submitted,

RAFAEL FERNANDEZ-ROQUE
By his attorney

___________________________________

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 18th day of April, 2008, that I caused a true copy of this Motion to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
**ANDREW BERG**