UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA07-100-03S

2. TITLE OF CASE: USA v. Rafael Fernandez-Roque

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Andrew H. Berg**
Sammartino & Berg
128 Dorrance St.
Suite 400
Providence, RI 02903

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Mary Rogers**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

5. NAME OF JUDGE: **William E. Smith**

6. COURT-APPOINTED COUNSEL YES_x_ NO__

7. FEE PAID YES__ NO_x_
RECEIPT#

8. IN FORMA PAUPERIS YES__ NO_x_

9. GUIDELINES CASE YES__ NO__

10. RELATED CASE ON APPEAL YES__ NO__
C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED ________

11. SPECIAL COMMENTS: Enclosed please find: Notice of Appeal; Certified Docket; Copy of Court file (Doc. #'s: 1-3, 7, 16-18, 20, 31, 33, 51, 52, 55, 63, 64, 66, 69, 70, 74,

75, 77, 80, 83, 89-91, 93, 96-98, 100, 103, 104, 112-117, 120-135, 139, 142, 144-150, 156 and 157); Copies of Transcripts: 132, 146, 149; SOR; PSR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 12, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **USA v. Rafael Fernandez-Roque**
**CR07-100-03S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket sheet in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

/s/ *Rana L. Smith*
DEPUTY CLERK

ENC: Notice of Appeal; Certified Docket; Copy of Court file (Doc. #'s: 1-3, 7, 16-18, 20, 31, 33, 51, 52, 55, 63, 64, 66, 69, 70, 74, 75, 77, 80, 83, 89-91, 93, 96-98, 100, 103, 104, 112-117, 120-135, 139, 142, 144-150, 156 and 157); Copies of Transcripts: 132, 146, 149; SOR; PSR.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 12th day of September 2008.



David A. DiMarzio, CLERK

BY: *Rana L. Smith*
DEPUTY CLERK