Rafael Fernandez-Roque
D W Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Clerk OF Court
United States District Court
For The District of RI
1 Exchange Terrace
Providence, RI 02903

RE: CR NO.07-100-03 S

Dear Clerk,

Please accept this letter as a notice of appeal for the about case number. I am filing this notice within thew required 10 day time period. I am filing this notice because I was not made aware if my attorney of record Andrew Berg had filed the notice of appeal with the clerks office as I instructed him on the day of sentencing. Could you please note this on my docket record and send me a copy for my records. I have enclosed a copy to be provided to the U.S. Attornies office. Could you please see that they get a copy since I do not have their address.

I would also like to request that the court appoint me new counsel to handle my appeal since I will be filing a 2255 motion for ineffective counsel as part of my appeal.

Thank you very much for your assistance and reply.

Respectfully,

Rafael Fernandez-Roque

CC: United States Attorney
file

William E. Smith